UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **McCONNELL PORTER,** | 2:18-CV-10690-TGB-DRG |
| Plaintiff, | HON. TERRENCE G. BERG |
| | HON. DAVID R. GRAND |
| v. | |
| **LORI CONANT** and **ROBERT FALOR**, | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 25)** |
| Defendants. | |

This matter is before the Court on Magistrate Judge David R. Grand's December 28, 2020 Report and Recommendation (ECF No. 31) recommending that Defendant's Motion for Summary Judgment (ECF No. 25) be **GRANTED** and this case be **DISMISSED.**

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of December 28, 2020 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of December 28, 2020 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 25) be **GRANTED**. This case is **DISMISSED**.

**SO ORDERED.**

Dated:  January 29, 2021

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE