UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **McCONNELL PORTER,**<br><br>Plaintiff,<br><br>v.<br><br>**LORI CONANT** and **ROBERT FALOR**,<br><br>Defendants. | 2:18-CV-10690-TGB-DRG<br><br>HON. TERRENCE G. BERG<br>HON. DAVID R. GRAND |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, adopting Magistrate Judge David R. Grand's December 28, 2020 Report and Recommendation (ECF No. 31); Defendant's Motion for Summary Judgment (ECF No. 25) is **GRANTED** and this case is **DISMISSED.**

Dated at Detroit, Michigan:  January 29, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE