UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **McCONNELL PORTER**, <br><br> Plaintiff, <br><br> v. <br><br> **LORI CONANT** and **ROBERT FALOR**, <br><br> Defendants. | 2:18-CV-10690-TGB-DRG <br><br> HON. TERRENCE G. BERG <br> HON. DAVID R. GRAND <br><br><br> **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO REPORT AND RECOMMENDATION (ECF NO. 34)** |

On December 28, 2020, Magistrate Judge David R. Grand entered a Report and Recommendation (ECF No. 31) recommending that Defendant's Motion for Summary Judgment (ECF No. 25) be granted and this case be dismissed. This Court entered an order on January 29, 20201 adopting the Report and Recommendation. ECF No. 32.

However, on January 26, 2021, Plaintiff McConnell Porter filed a pro se motion asking for an extension to respond to the Report and Recommendation. The Court receive Mr. Porter's motion on February 2, 2021. In his motion, Mr. Porter contends he did not receive the Report and Recommendation in the mail until January 15, 2021. ECF No. 34, PageID.304. Additionally, due to COVID-19 restrictions in his facility, Mr. Porter contends he was unable to get to the prison law library until January 22, 2021. ECF No. 34, PageID.305.

Because of delays in the mail and the effects of COVID-19 on the facility where he is incarcerated, this Court **GRANTS** Plaintiff's motion for a 30-day extension of time to file objections in this matter. Plaintiff is directed to submit any objections to the Report and Recommendation by **March 22, 2021**.

**SO ORDERED.**

Dated: February 17, 2021     s/Terrence G. Berg
                                                        TERRENCE G. BERG
                                                        UNITED STATES DISTRICT JUDGE